**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Elias Cruz-Lopez,

Petitioner,

v.

John E Cantu, et al.,

Respondents.

No. CV-26-05353-PHX-DWL

**ORDER**

Petitioner filed this action under § 2241 challenging his immigration detention. (Doc. 1.) The Court ordered Respondents to respond to the Petition. (Doc. 3.) On August 7, 2026, Respondents filed a Response indicating Petitioner was granted bond on August 7, 2026. (Doc. 6.) Because Petitioner is no longer in custody, the Petition is moot. *Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007). The Court will therefore dismiss this action as moot.

**IT IS THEREFORE ORDERED** Petitioner's Petition under 28 U.S.C. § 2241 (Doc. 1) and this case are **dismissed as moot**. The Clerk of Court must enter judgment accordingly and close this case.

Dated this 11th day of August, 2026.

Dominic W. Lanza
United States District Judge